1  DENNIS A. CAMMARANO/BAR NO. 123662
   JEREMY B. GARD/BAR NO. 269265
2  CAMMARANO LAW GROUP
   555 East Ocean Boulevard, Suite 501
3  Long Beach, California  90802
   Telephone:  (562) 495-9501
4  Facsimile: (562) 495-3674

5  Attorneys for Plaintiff,
   TAIAN INSURANCE CO., LTD.

6

7                                                                JS - 6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 TAIAN INSURANCE CO., LTD.         )  Case No.:  2:11-CV-09447-FMO-CWx
                                     )
11              Plaintiff,           )
                                     )
12 vs.                               )
                                     )  **ORDER OF DISMISSAL BASED**
13 BINEX LINE CORP.; and DOES 1      )  **ON STIPULATION**
   through 20, inclusive,            )
14                                   )
                Defendants.          )
15 _____   )

16     Based on the stipulation of Plaintiff, TAIAN INSURANCE CO., LTD. and

17 Defendant, BINEX LINE CORP., via their respective counsel of record, who

18 stipulate to and request that the entire action be dismissed, with prejudice, and with

19 each party to bear its own attorney's fees and costs, IT IS HEREBY ORDERED

20 THAT the entire action is dismissed, with prejudice, and with each party to bear its

21 own costs and attorney's fees incurred in the prosecution and defense of the

22 lawsuit pursuant to Fed. R. Civ. P. 41(a)(1).

23     IT IS SO ORDERED.

24

25 Dated: March 13, 2013            /s/
                                    FERNANDO M. OLGUIN
26                                  United States District Court Judge

27

28 3134order for dismissal - proposed.wpd